# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Stewart, Daniel J. | 2. Court or Organization  United States District Court, Northern District of New York | 3. Date of Report  11/29/2016 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge - Full Term | **5a. Report Type** (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ✔ Annual   ☐ Final  **5b.** ✔ Amended Report | **6. Reporting Period**  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

United States District Court, Northern District of New York
James T Foley US Courthouse
445 Broadway
Albany, NY 12207

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 - Manning & Napier |
| 2. | Attorney | Brennan & White, LLP |
| 3. | Adjunct Faculty Member | Albany Law School |
| 4. | Vice President | Bedford Close Homeowners Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Brennan & White, LLP - Salary | $82,500.00 |
| 2. | 2015 | Albany Law School - Adjunct Faculty Salary | $4,800.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 11/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEFCU | A | Int./Div. | J | T | | | | | |
| 2. 1/4 Interest in Property - Jay, NY Assessed at $65,000 | | None | K | S | | | | | |
| 3. American Bar Association IRA, 2020 Retirement Date Fund | C | Int./Div. | K | T | | | | | |
| 4. Hickory Hill Ski Center, Inc Stock | | None | J | U | | | | | |
| 5. Next Gen 529 College Savings Plan of Maine, Blackrock age 14-16 | A | Int./Div. | J | T | | | | | |
| 6. Next Gen 529 College Savings Plan of Maine, Blackrock age 14-16 | B | Int./Div. | J | T | | | | | |
| 7. Manning and Napier, IRA, Pro Blend Extended Term Series S | D | Int./Div. | N | T | | | | | |
| 8. Trust #1 - Manning and Napier (H) | | | | | | | | | |
| 9. -CASH AND CASH EQUIVALENTS | A | Dividend | K | T | | | | | |
| 10. -ALCOA INC | A | Dividend | J | T | Buy (add'l) | 04/14/15 | J | | |
| 11. -ALPHABET INC CL A | | | J | T | | | | | |
| 12. -ALPHABET INC CL C | | | J | T | | | | | |
| 13. -AMBEV SA ADR | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 14. -AMC NETWORKS INC A W/I | | | J | T | Sold (part) | 12/03/15 | J | A | |
| 15. -ANHEUSER BUSCH INBEV NV | A | Dividend | J | T | Sold (part) | 07/23/15 | J | B | |
| 16. | | | | | Sold (part) | 12/03/15 | J | A | |
| 17. -APACHE CORP (X) | A | Dividend | | | Sold | 06/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 11/29/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -APOLLO EDUCATION GROUP INC (X) | | | | | | | | | |
| 19. | | | | | Sold | 04/01/15 | J | | |
| 20. -APPLE INC | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 21. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 22. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 23. -BIOMED REALTY TRUST INC (X) | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 24. -CAMERON INTL CORP COM (X) | | | | | Sold | 08/31/15 | J | A | |
| 25. -CATAMARAN CORPORATION (X) | | | | | Sold | 04/02/15 | J | C | |
| 26. -CERNER CORP | | | J | T | Sold (part) | 06/08/15 | J | C | |
| 27. -CORPORATE OFFICE PROPERTIES (X) | A | Dividend | | | Sold | 01/29/15 | J | A | |
| 28. -D R HORTON INC COM (X) | A | Dividend | | | Sold | 04/23/15 | J | B | |
| 29. -DIAGEO PLC | A | Dividend | J | T | Sold (part) | 07/23/15 | J | A | |
| 30. | | | | | Sold (part) | 12/03/15 | J | A | |
| 31. -EBAY INC | | | J | T | | | | | |
| 32. -ELECTRONIC ARTS | | | J | T | Sold (part) | 07/23/15 | J | B | |
| 33. | | | | | Sold (part) | 12/03/15 | J | B | |
| 34. -EMC CORPORATION (X) | A | Dividend | | | Sold (part) | 04/16/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 11/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/05/15 | J | | |
| 36. -EOG RESOURCES INC (X) | A | Dividend | | | Sold | 06/22/15 | J | A | |
| 37. -EXPRESS SCRIPTS HOLDING CO | | | J | T | Sold (part) | 01/15/15 | J | A | |
| 38. | | | | | Buy (add'l) | 05/12/15 | J | | |
| 39. -FEDERAL HOME LOAN MTG COR 2.375% 1/13/22 (X) | A | Interest | | | Sold | 08/27/15 | J | | |
| 40. -FEDERAL NATIONAL MTG ASSO 5.375% 6/12/17 (X) | A | Interest | | | Sold | 08/27/15 | J | | |
| 41. -FLIR SYSTEMS INC | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 42. -FLOWSERVE CORP | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 43. -FREDDIE MAC 1.00% 07/28/2017 (X) | A | Interest | | | Buy | 02/27/15 | K | | |
| 44. | | | | | Sold (part) | 09/09/15 | K | A | |
| 45. | | | | | Sold | 11/25/15 | K | | |
| 46. -GANNETT CO INC (X) | A | Dividend | | | Sold (part) | 02/25/15 | J | A | |
| 47. | | | | | Sold | 07/09/15 | J | A | |
| 48. -GENERAL ELECTRIC CO (X) | A | Dividend | | | Sold (part) | 05/13/15 | J | A | |
| 49. | | | | | Sold (part) | 10/27/15 | J | A | |
| 50. | | | | | Sold | 11/16/15 | J | B | |
| 51. -GOOGLE INC CL A (X) | | | | | Buy (add'l) | 04/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 11/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/23/15 | J | C | |
| 53.   -GOOGLE INC CL C (X) | | | | | Buy (add'l) | 01/12/15 | J | | |
| 54. | | | | | Sold | 07/23/15 | J | C | |
| 55.   -HESS CORP COM (X) | A | Dividend | | | Sold | 07/01/15 | J | C | |
| 56.   -HSBC HOLDINGS PLC (X) | A | Dividend | | | Sold | 04/14/15 | J | | |
| 57.   -INTUITIVE SURGICAL INC | | | J | T | Buy | 09/01/15 | J | | |
| 58.   -JOHNSON & JOHNSON | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 59.   -JOY GLOBAL INC (X) | A | Dividend | | | Sold | 09/01/15 | J | | |
| 60.   -JUNIPER NETWORKS INC | A | Dividend | J | T | Sold (part) | 03/16/15 | J | C | |
| 61. | | | | | Sold (part) | 12/03/15 | J | B | |
| 62.   -LENNAR CORP CL A (X) | A | Dividend | | | Sold | 04/22/15 | J | A | |
| 63.   -LIBERTY GLOBAL PLC A | | | J | T | Buy | 05/12/15 | J | | |
| 64.   -LIBERTY GLOBAL PLC SERIES C (X) | | | | | Sold | 01/07/15 | J | A | |
| 65.   -LILLY ELI & CO | A | Dividend | | | Buy | 05/01/15 | J | | |
| 66. | | | | | Sold | 10/13/15 | J | B | |
| 67.   -LULULEMON ATHLETICA INC | | | J | T | Sold (part) | 07/23/15 | J | | |
| 68.   -M&N DYNAMIC OPPORTUNITIES SR CL S SHARES | | | K | T | Sold (part) | 07/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -M&N FOCUSED OPPORTUNITIES CLASS S SHARES | | | K | T | Sold (part) | 07/23/15 | J | | |
| 70. -MANNING & NAPIER - INFLATION FOCUS EQT | | | | | Buy | 05/05/15 | J | | |
| 71. | | | | | Sold | 05/14/15 | J | A | |
| 72. -MANNING & NAPIER FUND INC EMERGING MARKETS SERIES | | | J | T | | | | | |
| 73. -MANNING & NAPIER FUND INC HIGH YIELD BOND SERIES | B | Dividend | K | T | Buy | 08/26/15 | J | | |
| 74. -MANNING & NAPIER FUND INC INTERNATIONAL SERIES FUND | A | Dividend | K | T | Sold (part) | 07/23/15 | J | | |
| 75. -MANNING & NAPIER FUND INC NEW YORK TAX EXEMPT SERIES FUND | B | Dividend | M | T | | | | | |
| 76. -MANNING & NAPIER FUND INC REAL ESTATE SERIES | A | Dividend | K | T | Sold (part) | 07/23/15 | J | A | |
| 77. | | | | | Sold (part) | 12/03/15 | J | A | |
| 78. -MANNING & NAPIER FUND INC WORLD OPPORTUNITIES SERIES FUND | A | Dividend | J | T | | | | | |
| 79. -MANNING & NAPIER GL FI S | A | Dividend | K | T | Buy | 07/17/15 | K | | |
| 80. -MASTERCARD INC CL A | A | Dividend | K | T | Buy (add'l) | 05/08/15 | J | | |
| 81. -MERCK & CO INC (X) | A | Dividend | | | Buy | 04/28/15 | J | | |
| 82. | | | | | Sold | 10/19/15 | J | | |
| 83. -MONSANTO CO NEW COM | A | Dividend | K | T | | | | | |
| 84. -MOSAIC CO/THE (X) | A | Dividend | | | Sold | 05/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 11/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -NESTLE SA (X) | | | | | Sold | 01/22/15 | J | B | |
| 86. -PAYPAL HOLDINGS INC | | | J | T | Buy | 08/26/15 | J | | |
| 87. -PEABODY ENERGY CORP (X) | A | Dividend | | | Sold | 04/20/15 | J | | |
| 88. -POPULAR INC (X) | | | | | Sold | 07/20/15 | J | | |
| 89. -PRICELINE GROUP INC/THE | | | J | T | | | | | |
| 90. -QUALCOMM INC | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 91. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 92. -RANGE RES CORP COM | A | Dividend | J | T | Buy | 07/06/15 | J | | |
| 93. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 94. -REALOGY HOLDINGS CORPORATION | | | J | T | | | | | |
| 95. -SABMILLER PLC (X) | | | | | Buy | 09/04/15 | J | | |
| 96. | | | | | Sold | 09/18/15 | J | B | |
| 97. -SANOFI-AVENTIS ADR (X) | A | Dividend | | | Sold (part) | 03/06/15 | J | A | |
| 98. | | | | | Sold | 10/08/15 | J | | |
| 99. -SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 100. -SINCLAIR BROADCAST GROUP-A | A | Dividend | J | T | Sold (part) | 12/03/15 | J | A | |
| 101. -SLM CORP (X) | | | | | Buy | 01/22/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 11/29/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold | 10/27/15 | J | | |
| 103. -STARZ A (X) | | | | | Sold | 02/18/15 | J | B | |
| 104. -TEGNA INC | A | Dividend | J | T | | | | | |
| 105. -TIME WARNER INC | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 106. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 107. -TOLL BROTHERS INC (X) | | | | | Sold | 04/23/15 | J | A | |
| 108. -TRIBUNE COMPANY NEW | A | Dividend | J | T | Buy | 06/15/15 | J | | |
| 109. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 110. -TRIPADVISOR INC | | | J | T | | | | | |
| 111. -TSY INFL IX N/B 0.125% 04/15/2018 | | | J | T | Buy | 11/23/15 | J | | |
| 112. -TSY INFL IX N/B 0.625% 02/15/2043 | | | J | T | Buy | 08/25/15 | J | | |
| 113. -TSY INFL IX N/B 1.125% 01/15/2021 | | | J | T | Buy | 11/23/15 | J | | |
| 114. -TWENTY FIRST CENTURY FOX INC | A | Dividend | J | T | | | | | |
| 115. -UNILEVER PLC ADR AMER SHS SPON | A | Dividend | J | T | Sold (part) | 07/23/15 | J | A | |
| 116. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 117. -US TREASURY INFL IX N/B 0.125% 01/15/2022 | | | J | T | Buy | 11/23/15 | J | | |
| 118. -US TREASURY NOTE 0.375% 05/31/2016 (X) | A | Interest | | | Sold (part) | 05/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 11/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 08/26/15 | J | | |
| 120. | | | | | Sold | 08/27/15 | K | A | |
| 121.  -US TREASURY NOTE 1.50% 05/31/2020 | A | Interest | K | T | Buy | 10/28/15 | K | | |
| 122.  -US TREASURY NOTE 2.375% 07/31/2017 (X) | A | Interest | | | Sold | 12/01/15 | J | | |
| 123.  -VERIFONE HOLDINGS INC | | | J | T | Sold (part) | 07/23/15 | J | A | |
| 124. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 125.  -VIACOM INC CLASS B (X) | A | Dividend | | | Sold | 08/31/15 | J | | |
| 126.  -VISA INC CL A | A | Dividend | J | T | Buy | 05/07/15 | J | | |
| 127. | | | | | Sold (part) | 11/10/15 | J | B | |
| 128.  -WEATHERFORD INTERNATIONAL PLC | | | J | T | | | | | |
| 129.  -WEYERHAEUSER CO REITS | A | Dividend | J | T | | | | | |
| 130.  -YUM BRANDS INC | A | Dividend | J | T | Sold (part) | 05/11/15 | J | B | |
| 131. | | | | | Buy (add'l) | 08/24/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 11/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts -
Any Assets listed followed by an (X) were not included on my initial report filing. This was due to the fact that my initial report went through the date of December 1, 2015, and these assets were no longer held as of that date. However, since this report is for the calendar year of 2015 as a whole, they needed to be included in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel J. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544